# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br>aka ROBERT STANLEY WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>D. DAVEY, et al.,<br><br>Defendants. | 1:16-cv-00988-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION OF CORRECTION<br>(ECF No. 12.) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 1, 2016. (ECF No. 1.) On October 21, 2016, Plaintiff filed a Motion of Correction, which is now before the court. (ECF No. 10.)

Plaintiff requests the court to change his name on this record for this case. He asserts that this case was filed as "Saladin Rushdan (AKA: Woods) v. D. Davey," and that Saladin Rushdan is Plaintiff's "real and true name." (ECF No. 10.) Plaintiff requests the court to use his name as originally filed and accepted.

The court initially entered Plaintiff's name on the record for this case as Saladin Rushdan, B-38236. However, on September 30, 2016, Plaintiff's court mail was returned to the court as undeliverable, with a notation "Name & CDC Number Do Not Match." (Court

record.)  To insure that Plaintiff will receive his court mail in this case, the court changed Plaintiff's name on the record to "Robert Stanley Wood, B-38236, aka Saladin Rushdan."[1]  The court re-served the returned mail using the updated name.  After the name was updated none of Plaintiff's court mail has been returned to the court as undeliverable in this case.

Evidence shows that CDCR and LAC identify Plaintiff as Robert Stanley Woods, not Saladin Rushdan.[2]  The CDCR's online database identifies Plaintiff as Robert Stanley Woods, not Saladin Rushdan.  Also, Plaintiff is identified as "Woods, Robert, CDCR B38236" on the LAC trust account statement filed by Plaintiff on July 1, 2016.  (ECF No. 2.)  Plaintiff states that Saladin Rushdan is his "real and true name," but Plaintiff has not submitted evidence that he will receive his court mail using that name.  Without such evidence, the court shall not change Plaintiff's name on the record for this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion of Correction, filed on October 21, 2016, is DENIED.

IT IS SO ORDERED.

Dated:  __**August 13, 2017**__          _____**/s/ Gary S. Austin**_____
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court's database generates mailing labels for the parties using the name and address entered on the database.

[2] According to court records, Plaintiff has been housed at the California State Prison-Los Angeles County ("LAC") in Lancaster, California, since he filed this case on July 1, 2016.