UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka<br>ROBERT STANLEY WOODS,<br><br>          Plaintiff,<br><br>   vs.<br><br>D. DAVEY, et al.,<br><br>          Defendants. | 1:16-cv-00988-LJO-GSA-PC<br><br>**NOTICE TO PLAINTIFF OF HIS RIGHT TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS ISSUED ON AUGUST 22, 2018**<br>**(ECF No. 29.)**<br><br>**FOURTEEN-DAY DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS** |

**NOTICE TO PLAINTIFF**

      Saladan Rushdan aka Robert Stanley Woods ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 22, 2018, the court entered findings and recommendations, recommending that this case proceed against defendant Casas for use of excessive force, and that all other claims and defendants be dismissed from this action for failure to state a claim. (ECF No. 29.) The court inadvertently omitted the notice to Plaintiff informing him of his right to file objections to the findings and recommendations. Therefore, the court now issues the following

1

notice.

**NOTICE TO PLAINTIFF OF RIGHT TO FILE OBJECTIONS**

The findings and recommendations issued on August 22, 2018, are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after the date of service of this notice, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**August 26, 2018**__           _____/s/ Gary S. Austin_____
                                                              UNITED STATES MAGISTRATE JUDGE