# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT STANLEY WOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>D. DAVEY, et al.,<br><br>    Defendants. | 1:16-cv-00988-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 29.)**<br><br>**ORDER FOR THIS CASE TO PROCEED ONLY AGAINST DEFENDANT CASAS FOR USE OF EXCESSIVE FORCE, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR VIOLATION OF RULE 18, WITHOUT PREJUDICE TO FILING NEW CASES, AND FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 28.)** |

      Saladan Rushdan aka Robert Stanley Woods ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 22, 2018, the court entered findings and recommendations, recommending that this action proceed only against defendant Casas for use of excessive force in violation of the Eighth Amendment, and that all other claims and defendants be dismissed from this action for violation of Rule 18 and failure to state a claim. (ECF No. 29.) On October 18, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 34.)

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

1

including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on August 22, 2018, are ADOPTED in full;
2. This action now proceeds only on Plaintiff's excessive force claim and related state law claims against defendant C/O Casas;
2. All other claims and defendants are dismissed from this case for violation of Rule 18 of the Federal Rules of Civil Procedure, without prejudice to filing new cases based on the dismissed claims, and for failure to state a claim;
3. Defendants D. Davey, C/O Roque, C/O Geston, Sergeant Solis, Sergeant Arnett, Lieutenant T. Marsh, and C/O Geston are dismissed from this action for violation of Rule 18;
4. Plaintiff's claims for violation of the Equal Protection Clause of the Fourteenth Amendment and for adverse conditions of confinement under the Eighth Amendment are dismissed from this action for violation of Rule 18, without prejudice to filing new cases based on the dismissed claims;
5. Plaintiff's claims against defendant Casas for retaliation in violation of the First Amendment are dismissed from this action based on Plaintiff's failure to state a claim; and
6. This case is referred back to the Magistrate Judge for all further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **October 19, 2018**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE