UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka<br>ROBERT STANLEY WOODS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>D. DAVEY, et al.,<br><br>　　　　Defendants. | 1:16-cv-00988-LJO-GSA-PC<br><br>**ORDER REQUIRING DEFENDANT CASAS TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM**<br>**(ECF No. 28.)**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF THIS ORDER ON DEFENDANT CASAS AT ADDRESS BELOW** |

Saladan Rushdan aka Robert Stanley Woods ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

This case now proceeds with Plaintiff's Second Amended Complaint filed on March 9, 2018, against defendant Correctional Officer Casas ("Defendant") for use of excessive force in violation of the Eighth Amendment and related state claims. (ECF No. 28.)

On August 2, 2019, defendant Casas executed a waiver of service of summons form, which was submitted to the court on August 5, 2019 by the United States Marshal. (ECF No. 54.) Defendant's response to Plaintiff's Second Amended Complaint was due to be filed within 60 days after August 1, 2019. Fed. R. Civ. P. 12(a), 6(d). (ECF No. 28 at 1.) The 60-day time period has passed, and Defendant has not made an appearance or requested an extension of time.

1

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Casas shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant's obligation to respond to the Complaint is extended thirty days from the date of service of this order;

3. Defendant's failure to respond to this order may result in entry of default against Defendant; and

4. The Clerk's Office shall serve a courtesy copy of this order on Defendant at:

> **C/O Casas**
> **Richard J. Donovan Correctional Facility**
> **480 Alta Road**
> **San Diego, CA  92179**

IT IS SO ORDERED.

Dated:  **January 8, 2020**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE