UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT STANLEY WOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>D. DAVEY, et al.,<br><br>    Defendants. | 1:16-cv-00988-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF MAGISTRATE JUDGE AS MOOT**<br><br>**(ECF No. 60.)** |

On March 12, 2020, Plaintiff Saladin Rushdan, aka Robert Stanley Woods, filed a motion for appointment of a Magistrate Judge under Local Rule 302(c) to adjudicate the matter of default in this case. Plaintiff's motion is moot because Magistrate Judge Gary S. Austin is already assigned to this case and is adjudicating Plaintiff's request for entry of default and motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of a Magistrate Judge is DENIED as moot.

IT IS SO ORDERED.

    Dated: **March 27, 2020**          **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE