UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT STANLEY WOODS,<br><br>        Plaintiff,<br><br>  vs.<br><br>D. DAVEY, et al.,<br><br>        Defendants. | 1:16-cv-00988-NONE-GSA-PC<br><br>**ORDER FOR DEFENDANT TO FILE AND SERVE, WITHIN THIRTY DAYS, AN ANSWER TO THE SECOND AMENDED COMPLAINT, OR OTHER RESPONSIVE PLEADING UNDER RULE 12** |

       Saladan Rushdan aka Robert Stanley Woods ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint filed on March 9, 2018, against defendant Correctional Officer Casas ("Defendant") for use of excessive force in violation of the Eighth Amendment and related state claims. (ECF No. 28.)

       On March 27, 2020, the Court entered default against Defendant Casas for her failure to file a timely response to the Second Amended Complaint, (ECF No. 62), and on August 18, 2020, the Court set aside the entry of default and denied Plaintiff's request for default judgment, (ECF No. 82). Plaintiff shall now be required to file and serve an Answer to the Second Amended Complaint, or another responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that Defendant Casas is required to file and serve an Answer to Plaintiff's Second Amended Complaint, or another responsive pleading under Rule 12 of the Federal Rules of Civil Procedure, within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 21, 2020**                             **/s/ Gary S. Austin**
                                                                                               UNITED STATES MAGISTRATE JUDGE