UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT STANLEY WOODS,<br><br>Plaintiff,<br><br>v.<br><br>D. DAVEY, et al,<br><br>Defendants. | Case No. 1:16-cv-00988-NONE-GSA (PC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The case was scheduled for a settlement conference on May 28, 2021 at 10:00 a.m. However, the Court has been advised that the case has settled. Thus, the Court ORDERS:

1. The settlement conference is **VACATED**;
2. The Writ of Habeas Corpus Ad Testificandum (Doc. 99) seeking the remote appearance of Saladin Rushdan aka Robert Stanley Woods (CDCR No. B-38236) is **VACATED**;
3. The Clerk of Court is directed to serve a copy of this order to the Litigation Office at RJ Donovan Correction Facility by fax or email.

IT IS SO ORDERED.

Dated: **May 5, 2021**          _/s/ Jennifer L. Thurston
                               CHIEF UNITED STATES MAGISTRATE JUDGE