UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT STANLEY WOODS,<br><br>   Plaintiff,<br><br> vs.<br><br>D. DAVEY, et al.,<br><br>   Defendants. | **1:16-cv-00988-NONE-GSA-PC**<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br>**(ECF No. 105.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

  Saladan Rushdan aka Robert Stanley Woods ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint filed on March 9, 2018, against defendant Correctional Officer Casas ("Defendant") for use of excessive force in violation of the Eighth Amendment and related state claims.[1] (ECF No. 28.)

  On June 2, 2021, a stipulation for voluntary dismissal with prejudice was filed with the Court containing the signatures of Plaintiff and Counsel for Defendant Casas. (ECF No. 105.)

---

[1] On October 22, 2018, the court issued an order dismissing all other claims and defendants from this action, for violation of Rule 18 and failure to state a claim. (ECF No. 35.)

1

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on June 2, 2021 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 3, 2021**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE